# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KYRA WASHINGTON, INDIVIDUALLY AND
ON BEHALF OF THE ESTATE OF THOMAS
HALL, CHARISSA MICHELLE LAWS AS
TUTRIX OF THE MINOR CHILD, THOMAS
ALVIN HALL LAWS

VERSUS

STEVEN M. CUTRER, TEDRICK
WASHINGTON, KANSAS CITY SOUTHERN
RAILWAY COMPANY AND STATE OF
LOUISIANA, THROUGH THE DEPARTMENT
OF TRANSPORTATION AND DEVELOPMENT

NO.   2019 CW 0484

SEP 0 6 2019

---

In Re:   The Kansas City Southern Railway Company, Steven
Cutrer and Tedrick Washington, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 613124.

---

BEFORE:   WELCH, HIGGINBOTHAM, AND HOLDRIDGE, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

JEW
TMH

**Holdridge, J.,** concurs in part and dissents in part. I would grant the writ application in part to vacate the portion of the district court's March 27, 2019 ruling reversing the prior partial grant of the Motion for Summary Judgment filed by the Defendants, Steven Cutrer, Tedrick Washington, and Kansas City Southern Railway Company, pursuant to the Motion for New Trial filed by the Plaintiffs, Kyra Washington, individually and on behalf of the estate of Thomas Hall, and Charissa Michelle Laws, as tutrix of the minor child, Thomas Alvin Hall Laws. A motion for new trial can only be taken from a final judgment. See **Allstate Insurance Co. v. Mohamadian,** 2009-1126 (La. App. 1st Cir. 2/17/10), 35 So.3d 1118, 1121. The grant of a motion for summary judgment that is dispositive of less than all of the issues and does not dismiss a party is not a final judgment. See La. Code Civ. P. art. 1915(A)(3). Therefore, the district court erred in reversing its prior ruling on the Defendants' Motion for Summary Judgment. However, this does not preclude the Plaintiffs from filing a motion to reconsider the district court's interlocutory ruling.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT